IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| KANSAS CITY CEMENT MASONS PENSION FUND et al., | ) ) ) | |
| Plaintiffs | ) ) | |
| v. | ) ) | NO. 16-1258-CV-W-JTM |
| LAN-TEL COMMUNICATIONS SERVICES, INC., | ) ) ) | |
| Defendant | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on April 25, 2017, the Original of *Plaintiffs' First Request for Admissions*; and a copy of this *Certificate of Service* was sent by U.S. Mail, postage prepaid, to: Mr. Eric Roby, Three Trails Law Building, 233 West Walnut, Independence, MO 64050, Attorney for Defendant.

ARNOLD, NEWBOLD, WINTER & JACKSON, P.C.

*/s/ John J. Westerhaus*
John J. Westerhaus, MO Bar No.65266
1100 Main Street, Suite 2001
Kansas City, Missouri 64105
Telephone: (816) 421-5788
Facsimile: (816) 471-5574
*Attorneys for Plaintiffs*