IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| KANSAS CITY CEMENT MASONS PENSION FUND, ET AL, <br><br> Plaintiffs <br><br> v. <br><br> LAN-TEL COMMUNICATIONS SERVICES, INC. <br><br> Defendant | ) ) ) ) ) ) ) NO. 16-1258-CV-W-JTM ) ) ) ) ) ) |

CERTIFICATE OF SERVICE

I hereby certify that on June 8, 2017, the Original of Defendant's Responses to Plaintiffs' First Request For Admissions; and a copy of this Certificate of Service was sent by U.S. Mail, postage prepaid, to: John J. Westerhaus, 1100 Main Street, Suite 2001, Kansas City, Missouri 64105, Attorney for Plaintiffs.

McELLIGOTT EWAN & HALL
A Professional Corporation

_____
Eric Roby - #56582
Three Trails Law Building
233 W. Walnut
Independence, Missouri 64050
TEL: 816-833-1222; FAX: 816-836-2437
Email: eric.roby@mehkpclaw.com
ATTORNEY FOR DEFENDANT