IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI WESTERN
WESTERN DIVISION

| | |
|---|---|
| KANSAS CITY CEMENT MASONS PENSION FUND, *et al.*, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Civil Action Number<br>) 16-01258-CV-W-JTM |
| LAN-TEL COMMUNICATIONS SERVICES, INC., | )<br>)<br>) |
| Defendant. | ) |

## JUDGMENT IN A CIVIL ACTION

_____ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__X__ **Decision by Court.** The issues have been considered and a decision has been rendered by the Court.

**IT IS ORDERED AND ADJUDGED** that Plaintiff's Motion for Summary Judgment, filed January 2, 2018 [Doc. 16] is **GRANTED**. Judgment is **GRANTED** in favor of Plaintiffs and against Defendant in the amount of $36,537.70 pursuant to ERISA Sections 502 and 515.

March 7, 2018                     Paige Wymore-Wynn
Dated                              Clerk of Court

March 7, 2018                     /s/ Jane Stepp
Entered                            (by) Judicial Assistant