IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| KANSAS CITY CEMENT MASONS PENSION FUND, et al., | )<br>)<br>) |
| Plaintiffs, | ) |
| v. | ) **No: 16-01258-CV-W-JTM** |
| LAN-TEL COMMUNICATIONS SERVICES, INC., | )<br>) |
| Defendant, | ) |
| and | ) |
| BANK LIBERTY, | ) |
| Garnishee. | ) |

## PRAECIPE

Please issue a writ of execution in this cause against Lan-Tel Communications Services, Inc., returnable in thirty (30) days.

| | |
|---|---|
| Date of Judgment: | March 7, 2018 |
| Total of Judgment: | $36,537.70 |
| Interest (2.03%) | 67.06 |
| Balance Due: | $36,604.76 |

ARNOLD, NEWBOLD, WINTER & JACKSON, P.C.

/s/ John J. Westerhaus
John J. Westerhaus, MO No. 65266
1100 Main Street, Suite 2001
Kansas City, Missouri 64105
Phone: (816) 421-5788
Fax: (816) 471-5574
Attorneys for Plaintiffs